UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #4,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-01174-JLT-SAB<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE JANE DOE #4**<br><br>DATE: October 3, 2023 & October 4, 2023<br>TIME:  9:30 a.m. & 9:00 a.m. |

　　　**Inmate Jane Doe #4,** plaintiff in the above-entitled case, a necessary and material witness on her behalf in a settlement conference on October 3, 2023, at 9:30 a.m. and October 4, 2023, at 9:00 a.m., is confined at Central California Women's Facility, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Chief Magistrate Judge Kendall J. Newman on October 3, 2023, at 9:30 a.m. and October 4, 2023, at 9:00 a.m.**

　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　　**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

　　　**To: The Warden of Central California Women's Facility:**

　　　**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　**September 18, 2023**　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

